DAVID BURCHARD
CHAPTER 13 TRUSTEE
P.O. BOX 8059
FOSTER CITY, CA 94404
(650) 345-7801 FAX (650) 345-1514
(707) 544-5500 FAX (707) 544-0475



FILED
SEP 0 9 2011
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:
　　TESSA MARIE KING

Chapter 13
Case No. 06-1-0391 AJ13

NOTICE OF UNCLAIMED
CHAPTER 13 CREDITOR
PAYMENTS

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant To Federal Rule of Bankruptcy Procedure 3011, the Trustee hereby turns over to the Court, unclaimed creditor payments in the amount of $1,846.38 as follows:

| Claim | Name and Address of Claimant | Unclaimed Payment |
|---|---|---|
| 0009 | CASH CALL INC<br>17360 BROOKHURST STREET<br>FOUNTAIN VALLEY, CA 92708-0000 | $1,846.38 |

Dated:　September 7, 2011

　　　　　　　　　　　　　　　　　　　　CECILIA MARCELO
　　　　　　　　　　　　　　　　　　　　Receipts Administrator